UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE MCKINLEY,<br><br>       Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>       Defendant. | Case No.: 1:15-cv-01078 - JLT<br><br>ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED MOTION TO PROCEED IN FORMA PAUPERIS |

    Plaintiff Christine McKinley seeks judicial review of an administrative decision denying her claim for Social Security benefits, and filed a motion to proceed *in forma pauperis* with a complaint on July 13, 2015. (Docs. 1, 3)

    The Court may authorize the commencement of an action without prepayment of fees "by a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). The Court has reviewed the application and the information provided is insufficient to determine whether Plaintiff satisfies the requirements of 28 U.S.C. § 1915(a).

    According to her application, Plaintiff is not employed and has no income. (Doc. 3 at 1-2.) Further, Plaintiff indicates she does not have any real estate, stocks, bonds, securities, or other financial instruments; an automobile; or other things of value. (*Id.*) Consequently, the Court is unable to determine how Plaintiff is supporting herself, or if she is dependent upon another individual who

could pay the filing fee.

Therefore, Plaintiff is **ORDERED** to file, within fourteen days of this order, an application that includes information on how Plaintiff is supporting himself, or her dependence on another. Upon receipt of this information, the Court will resume consideration of Plaintiff's motion to proceed *in forma pauperis*. Plaintiff is warned that failure to comply with this order may result in denial of her application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: **July 20, 2015**              **/s/ Jennifer L. Thurston**
                                                   UNITED STATES MAGISTRATE JUDGE