**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTINE MCKINLEY,<br><br>        Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:15-cv-01078- JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br>NUNC PRO TUNC<br><br>(Doc. 16) |

On May 31, 2016, the parties filed a stipulation for an extension of time for Plaintiff to file an opening brief.  (Doc. 16)  Notably, the Scheduling Order permits a single extension by the stipulation of parties (Doc. 8 at 4), and this is the first extension requested by either party.

Accordingly, **IT IS HEREBY ORDERED**:

    1.    Plaintiff's request for an extension of time is **GRANTED**; and

    2.    Plaintiff **SHALL** file an opening brief no later than **June 19, 2016**.

IT IS SO ORDERED.

Dated: __June 2, 2016__                  __/s/ Jennifer L. Thurston__
                                     UNITED STATES MAGISTRATE JUDGE