# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE MCKINLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:15-cv-01078- JLT<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 21) |

On August 3, 2016, the parties filed a stipulation for a thirty-day extension of time for Defendant to file a response to Plaintiff's opening brief. (Doc. 21) Notably, the Scheduling Order permits only a single extension by the stipulation of parties (Doc. 8 at 4), which was used by Plaintiff in seeking an extension to file the opening brief (Doc. 16). In addition, Plaintiff sought a second extension of time to file the opening brief. (Docs. 18-29) Thus, this is the third extension sought by the parties in this action.

Notably, beyond the first extension, "requests to modify [the schedule] must be made by written motion and will only be granted for good cause." (Doc. 8 at 4) Moreover, as explained by the Ninth Circuit, a scheduling order "is not a frivolous piece of paper, idly entered, which can be cavalierly disregarded without peril." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 610 (9th Cir. 1992). The deadlines are considered "firm, real and are to be taken seriously by parties and their counsel." *Shore v. Brown*, 74 Fed. R. Serv. 3d (Callaghan) 1260, 2009 U.S. Dist. LEXIS 94828 at *7

(E.D. Cal. Oct. 9, 2009).

Here, Defendant's counsel Jeffrey Chen asserts the additional time is necessary "because of a very heavy workload, including an upcoming Ninth Circuit brief, and because of a planned vacation in August." (Doc. 21 at 1)  Presumably, when Mr. Chen agreed to the extensions previously requested by Plaintiff, he knew both of his pending vacation and his workload.  The failure to plan accordingly is not condoned by the Court.  Nevertheless, Plaintiff does not oppose the request for an extension of time.  (*See* Doc. 21 at 2)  Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's request for an extension of time is **GRANTED**;
2. Defendant **SHALL** file a responsive brief no later than **August 26, 2016**; and
3. The parties are advised that no further extensions of time will be approved with a showing of exceptionally good cause.

IT IS SO ORDERED.

Dated:  **August 4, 2016**                **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE