# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE MCKINLEY,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:15-cv-01078 - JLT<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

On April 24, 2017, Plaintiff Christine McKinley and Defendant Nancy Berryhill, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  (Doc. 30)

Accordingly, subject to the terms of the parties' stipulation, the Court **ORDERS** that fees and costs in the total amount of $3,700.00 are **AWARDED** to Plaintiff, Christine McKinley.

IT IS SO ORDERED.

Dated:  **April 27, 2017**              **/s/ Jennifer L. Thurston**
                                                         UNITED STATES MAGISTRATE JUDGE

1